# EXHIBIT

# J




**COMMONWEALTH CASINO COMMISSION**
Commonwealth of the Northern Mariana Islands
P.O. Box 500237
Saipan, MP 96950
Tel: 1 (670) 233-1857/58
Fax: 1 (670) 233-1856
Email: info@cnmicasinocommission.com

1 | Edward Manibusan
Attorney General
2 | Keisha Blaise (T0151)
Assistant Attorney General
3 | Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Capitol Hill
4 | Caller Box 10007 Saipan, MP 96950
5 | Tel: (670) 237-7500 Fax: (670) 664-2349

6 |              **BEFORE THE COMMONWEALTH CASINO COMMISSION**

7 |
8 | **ANDREW YEOM, in his official capacity**
   | **as Executive Director of the**
9 | **Commonwealth Casino Commission,**

10 |        **Petitioner,**                      **PETITIONER'S MOTION TO RE-SET**
11 |        v.                                   **REVOCATION HEARING**

12 | **IMPERIAL PACIFIC INTERNATIONAL**
13 | **(CNMI) LLC**

14 |        **Respondent.**

15 |

16 |        COMES NOW Petitioner, by and through undersigned counsel, respectfully requests that the

17 | Commonwealth Casino Commission (the "Commission") issue an Order setting a Revocation

18 | Hearing for Complaint No. 2021-002 and Complaint No. 2021-003.

19 |

20 |

21 |                                              Respectfully submitted,
   | Dated: December 13, 2023
22 |

23 |                                              /s/ Keisha Blaise
   |                                              Keisha Blaise (T0151)
24 |                                              Attorney for Petitioner

25 |

26 |

27 |

28 |