# EXHIBIT 14

ZK20200401

申請日： 令和5年8月1日

# 関係会社 振込・振替・支払申請書

| 本部長 | 副本部長 | 確認者 |
|---|---|---|
| 芳賀 | | |

会社名：都市綜研インベストバンク株式会社

事業部名： 財務戦略本部

氏名： 中野 洋子 ㊞

※支払依頼書はコピー保管のこと
※請求書原本を添付のこと
※関連会社の場合は、本部長の押印欄を社長と読み替えること

■支払先情報

| 支払先名 | JI XIAOBO | | 振込手数料 | 当社負担 |
|---|---|---|---|---|
| 振込先銀行 | 三井住友銀行 | 支店名 | | 渋谷支店 |
| 口座情報 | 普通  口座番号  9795762 | (カナ)※必須 口座名義 | | ジ シヨウボ  JI XIAOBO |
| 支払期日 | 令和5年8月1日  支払方法  銀行振込 | 備考(その他の場合記載) | | |
| 出金指定口座※ある場合のみ右記載 | | 銀行 | 本・支店 | NO. |

| 有無選択 | 稟議書有無 | 金額 | 証票 | 内容 |
|---|---|---|---|---|
| 有 | No. | 1,426,900,000 円 | ☑ | 手付金およびサービス契約に基づく手付金（1/2回目）<br>手付金額USD20,000 半金USD10,000 X 142.69円 |
| 無 | No. | 円 | ☐ | |
| 有 | No. | 円 | ☐ | |
| 有 | No. | 円 | ☐ | |
| 有 | No. | 円 | ☐ | |
| 合計 | | 1,426,900,000 円 | ※5件以上になる場合は、別申請書にて申請してください。(備考) | |

【当社支払条件以外になる理由（当社支払条件：当月末〆 翌月末支払）】

（理由）

| 現金受領 | | 財務部長 | 財務担当 | 経理担当 |
|---|---|---|---|---|
| | | 芳賀 | | |

ZK20200401                                       Application Date:   August 1, 2023

## Affiliated Company: Application for Transfer and Payment

| General Manager | Deputy General Manager | Verifier |
|---|---|---|
|  | Haga | / |

Company Name: Toshisouken Investbank Co., Ltd.
Division Name: Financial Strategy Division
Name:     Yoko Nakano                Seal
*Please keep a copy of the payment request form.
*Please attach the original invoice.
*In the case of an affiliated company, the seal of the general manager should be read as that of the president.

■Payee information

| Name of payee | JI XIAO BO | | | Bank transfer fee | Paid by our company |
|---|---|---|---|---|---|
| Payee Bank | Sumitomo Mitsui Banking Corporation | | Branch name | Shibuya branch | |
| Account information | Ordinary | Account No. | 9795762 | (Kana)*Required Account name | JI XIAO BO / JI XIAO BO |
| Payment date | August 1, 2023 | Payment method | Bank transfer | Remarks (if other, please specify) | |
| Designated account for withdrawal * (*Write on the right only if available) | | | Bank | Headquarters/Branch Office | NO. |

| Yes or No selection ↓ | With or without a written request for approval | Amount | Voucher | Contents |
|---|---|---|---|---|
| Yes | NO. | 1,426,900,000 yen | ☑ | Deposit under deposit and service agreement (1/2nd) Deposit amount USD20,000 Half price USD10,000X142.69 yen |
| NO | NO. | yen | ☐ | |
| Yes | NO. | yen | ☐ | |
| Yes | NO. | yen | ☐ | |
| Yes | NO. | yen | ☐ | |
| Total | | 1,426,900,000 yen | | *If there are more than 5 applications, please apply with a separate application form. (Remarks) |

[Reason for being outside our payment terms (our payment terms: closing at the end of the month, payment at the end of the following month)
 (Reason)

| Receipt of cash |
|---|
|  |

| Finance director | Treasurer | Accounting |
|---|---|---|
| Haga | Nakano | |

# CERTIFICATE OF TRANSLATION

I, __Luo Qingrong_____, am competent to translate from
   **(name of translator)**

__Japanese_____ into English, and certify that the translation of
   **(language)**

__$10M Payment to Ji on August 1, 2023_____
   **(name of document)**

is true and accurate to the best of my abilities.

[signature: 罗清榕]                              __Luo Qingrong_____
**(signature of translator)**                    **(typed/printed name of translator)**

**Room 707, Building 11, Oak Bay, Cangshan District, Fuzhou City, Fujian Province, China**
   **(address of translator)**


   **(address of translator)**

__13960957932_____
   **(telephone number of translator)**

<pre>
ZK20200401                                              申請日：    令和5年8月2日
</pre>

# 関係会社 振込・振替・支払申請書

| 本部長 | 副本部長 | 確認者 |
|---|---|---|
| 芳賀 |  | / |

会社名：都市綜研インベストバンク株式会社

事業部名： 財務戦略本部

氏名： 依田 麻友美　　印

※支払依頼書はコピー保管のこと
※請求書原本を添付のこと
※関連会社の場合は、本部長の押印欄を社長と読み替えること

■支払先情報

| 支払先名 | JI XIAOBO | | 振込手数料 | 当社負担 |
|---|---|---|---|---|
| 振込先銀行 | 三井住友銀行 | 支店名 | 渋谷支店 | |
| 口座情報 | 普通　口座番号　9795762 | (カナ)※必須 | ジ シヨウボ | |
| | | 口座名義 | JI XIAOBO | |
| 支払期日 | 令和5年8月3日 | 支払方法 | 銀行振込 | 備考(その他の場合記載) |
| 出金指定口座※ある場合のみ右記載 | | 銀行 | 本・支店 NO. | |

| 有無選択 | 稟議書有無 | 金額 | 証票 | 内容 |
|---|---|---|---|---|
| 有 | No. | ~~1,431,000,000~~ 円 | ✓ | 手付金およびサービス契約に基づく手付金（2/2回目）<br>手付金額USD20,000 半金USD10,000 X ~~143.1~~ 円 |
| 無 | No. | 1,430,600,000 円 | ☐ | 143.06 |
| 有 | No. | 円 | ☐ | |
| 有 | No. | 円 | ☐ | |
| 有 | No. | 1,430,600,000 円 | ☐ | |
| 合計 | | ~~1,431,000,000~~ 円 | | ※5件以上になる場合は、別申請書にて申請してください。<br>（備考） |

【当社支払条件以外になる理由（当社支払条件：当月末〆 翌月末支払）】

（理由）

| 現金受領 | | 財務部長 | 財務担当 | 経理担当 |
|---|---|---|---|---|
| | | 芳賀 |  | 依田 |

ZK20200401                                        Application Date:   August 2, 2023

**Affiliated Company: Application for Transfer and Payment**

| General Manager | Deputy General Manager | Verifier |
|---|---|---|
|  | Haga | / |

Company Name: Toshisouken Investbank Co., Ltd.
Division Name: Financial Strategy Division
Name: Mayumi Yoda     Seal
*Please keep a copy of the payment request form.
*Please attach the original invoice.
*In the case of an affiliated company, the seal of the general manager should be read as that of the president.

■Payee information

| Name of payee | JI XIAO BO | | | Bank transfer fee | Paid by our company |
|---|---|---|---|---|---|
| Payee Bank | Sumitomo Mitsui Banking Corporation | | Branch name | Shibuya branch | |
| Account information | Ordinary | Account No. | 9795 762 | (Kana)*Required Account name | JI XIAO BO |
| | | | | | JI XIAO BO |
| Payment date | August 2, 2023 | Payment method | | Bank transfer | Remarks (if other, please specify) |
| Designated account for withdrawal * (*Write on the right only if available) | | | Bank | Headquarters/Branch Office | NO. |

| Yes or No selection ↓ | With or without a written request for approval | Amount | Voucher | Contents |
|---|---|---|---|---|
| Yes | NO. | 1,430,600,000 yen | ☑ | Deposit under deposit and service agreement (2/2nd) Deposit amount USD20,000 Half price USD10,000 X 143.06 yen |
| NO | NO. | yen | ☐ | |
| Yes | NO. | yen | ☐ | |
| Yes | NO. | yen | ☐ | |
| Yes | NO. | yen | ☐ | |
| Total | | 1,430,600,000 yen | | *If there are more than 5 applications, please apply with a separate application form. (Remarks) |

[Reason for being outside our payment terms (our payment terms: closing at the end of the month, payment at the end of the following month)
　(Reason)

| Receipt of cash |
|---|
|  |

| Finance director | Treasurer | Accounting |
|---|---|---|
| Haga | Nakano | |

                                                              Yoda

# CERTIFICATE OF TRANSLATION

I, __Luo Qingrong_____, am competent to translate from
      **(name of translator)**

__Japanese_____ into English, and certify that the translation of
      **(language)**

__$10M Payment to Ji on August 2, 2023_____
      **(name of document)**

**is true and accurate to the best of my abilities.**

                                                                              __Luo Qingrong_____
     **(signature of translator)**                                    **(typed/printed name of translator)**

**Room 707, Building 11, Oak Bay, Cangshan District, Fuzhou City, Fujian Province, China**
      **(address of translator)**


      **(address of translator)**

      __13960957932_____
      **(telephone number of translator)**

# 株主名簿

都市綜研インベストバンク株式会社

代表取締役　栁瀨　健一

令和 5 年 8 月 30 日現在

| 株　主　名 | 住　所 | 株数 | 議決権数 | 割合 |
|---|---|---|---|---|
| 共生バンク株式会社 | 東京都千代田区麹町 5-3 | 400 株 | 400 個 | 100.0% |
| 合　計 |  | 400 株 | 400 個 | 100.0% |

本株主名簿は、原本と相違ありません。

令和 5 年 8 月 30 日

東京都千代田区麹町五丁目 3 番地
都市綜研インベストバンク株式会社
代表取締役　栁瀨　健一

<u>List of Shareholders</u>

                                  Toshisouken Investbank Co., Ltd.
                                  Representative Director Kenichi Yanase

As of August 30, 2023

| Name of Shareholder | Address | Number of shares | Number of voting rights | Percentage |
|---|---|---|---|---|
| **KYOSEI-BANK CO., LTD.** | 5-3 Kojimachi, Chiyoda-ku, Tokyo | 400 shares | 400 pieces | 100.0% |
| Total | | 400 shares | 400 pieces | 100.0% |

This list of shareholders does not differ from the original.

August 30, 2023

5-3 Kojimachi, Chiyoda-ku, Tokyo
Toshisouken Investbank Co., Ltd.
Representative Director Kenichi Yanase



# CERTIFICATE OF TRANSLATION

I, __Luo Qingrong_____, am competent to translate from
         **(name of translator)**

_____**Japanese**_____ into English, and certify that the translation of
         **(language)**

_____**Shareholder Info of Toshisouken Investment Bank**_____
         **(name of document)**

is true and accurate to the best of my abilities.

_____           _____Luo Qingrong_____
    **(signature of translator)**                    **(typed/printed name of translator)**

**Room 707, Building 11, Oak Bay, Cangshan District, Fuzhou City, Fujian Province, China**
         **(address of translator)**


         **(address of translator)**

         __**13960957932**_____
         **(telephone number of translator)**