F I L E D
 Clerk
 District Court
APR 01 2024
for the Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC,<br><br>Plaintiff,<br><br>v.<br><br>Commonwealth of the Northern Mariana Islands, Arnold Palacios, governor of CNMI, in his official and personal capacities; Edward C. Deleon Guerrero, Chairman of CCC, in his official and personal capacities; Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; Mariano Taitano, Commissioner of CCC, in his official and personal capacities; Martin Mendiola, Commissioner of CCC, in his official and personal capacities; Ramon M. Dela Cruz, Commissioner of CCC, in his official and personal capacities; Andrew Yeom, Executive Director of CCC, in his official and personal capacities;<br><br>Defendants. | Case No. 1:24-cv-00001<br><br>**ORDER TO SHOW CAUSE** |

One of the Commonwealth of the Northern Mariana Islands' main newspapers has reported the continuance of the deliberation on Plaintiff Imperial Pacific International (CNMI), LLC's ("IPI"), revocation hearing, which was initially set for April 2, 2024. Currently pending before the Court is IPI's second motion for a temporary restraining order (ECF No. 23) seeking to enjoin Defendants from deliberating on April 2, 2024.[1] Defendant commissioners are ORDERED to confirm the current date of the deliberation on the revocation hearing. Further, IPI is ORDERED to SHOW CAUSE why Court relief is

---

[1] The Court is sua sponte taking judicial notice to "indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (citations omitted); Fed. R. Evid. 201(c)(1).

required by April 2, 2024. All parties shall submit their responses by April 1, 2024, at 1:30 p.m.

IT IS SO ORDERED this 1st day of April 2024.

                                                              /s/  
                                          DAVID O. CARTER  
                                          Designated Judge