Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950
Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
(*Pro Hac Vice* Pending)

*Attorneys for Plaintiff IPI (CNMI) LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC,<br><br>Plaintiff,<br><br>Vs.<br><br>Commonwealth of the Northern Mariana Islands, Arnold Palacios, governor of CNMI, in his official and personal capacities; Edward C. Deleon Guerrero, Chairman of CCC, in his official and personal capacities; Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; Mariano Taitano, Commissioner of CCC, in his official and personal capacities; Martin Mendiola, Commissioner of CCC, in his official and personal capacities; Ramon M. Dela Cruz, Commissioner of CCC, in his official and personal capacities; Andrew Yeom, Executive Director of CCC, in his official and personal capacities;<br><br>Defendants. | Case No.   1:24-cv-00001<br><br>**PLAINTIFF IPI'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 33).** |

In response to the Court's Order to Show Cause why Court relief is required by April 2, 2024 (ECF No. 33). Plaintiff IPI responds the following:

Michael Chen is the attorney of record before Commonwealth Casino Commission (CCC) with respect to the Revocation Hearing took place between February 28, 2024, to March 1, 2024.

After the hearing, Plaintiff IPI was officially notified by CCC that the deliberation and decision for the Casino License Revocation Hearing is scheduled for April 2, 2024. (ECF No. 24-3.)

After the hearing and after the filing of the second TRO, (ECF No. 24), I was not notified by any means (including but not limited to email, text message, phone calls) by any members of CCC, including its commissioners, executive directors, their legal counsels, or employees about the continuation of the deliberation and decision, which was scheduled to take place on April 2, 2024.

I don't know for certain whether the deliberation and decision has been continued and the location and new time and date for the continued deliberation and decision will be.

I did find a news article on www.mvariety.com, which states that the deliberation for the revocation hearing is continued to April 9, 2024.

I just confirmed with Mr. Howyo Chi, director of IPI, that he was notified by the executive director of CCC that the revocation hearing was continued in a WhatsApp call on Thursday, March 28, 2024.

Should the Commissioners confirm with the Court that the deliberation and decision will be continued to April 9, 2024, as the news article stated, it is not necessary for the Court to provide the requested relief by April 2, 2024.

Should the Commissioners or an authorized representative of CCC do not confirm with the Court that deliberation and decision on the license revocation hearing is continued to April 9, 2024, as ordered by the Court, IPI would have to assume that the deliberation and decision may still move forward as scheduled since the only written notice about the deliberation and decision date from CCC indicates that the revocation and decision will take place on April 2, 2024. As such, IPI would think it is still necessary for the Court to grant the requested relief before 9:00 AM on April 2, 2024.

Dated: April 1, 2024
Saipan, CNMI

Respectfully submitted,

By: /s/ Stephen Nutting
Stephen Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950

Michael Chen
By: /s/ Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
Pro Hac Vice

Attorneys for Plaintiff
IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC

RESPONSE TO ORDER TO SHOW CAUSE                        -3-