OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN
Attorney General
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950
Telephone: 670-237-7500
Email: carl_delacruz@cnmioag.org

*Attorneys for Defendants Edward C. Deleon Guerrero; Rafael S. Demapan; Mariano Taitano; Martin Mendiola; and Ramon M. Dela Cruz, in their official and personal capacities*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ARNOLD PALACIOS, GOVERNOR OF CNMI, in his official and personal capacities, et. al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00001<br><br>**DEFENDANTS EDWARD C. DELEON GUERRERO, RAFAEL S. DEMAPAN, MARIANO TAITANO, MARTIN MENDIOLA, AND RAMON M. DELA CRUZ's RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 33)** |

Defendant Commonwealth Casino Commissioners, Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Raman M. Dela Cruz, in their official and personal capacities, by and through the undersigned counsel, respectfully submit their response to the Court's Order to Show Cause (ECF No. 33).

The show cause Order ordered the Defendant Commonwealth Casino Commissioners to confirm the date of the deliberation on the revocation hearing. ECF No. 33 at 1.

1

The Defendant commissioners hereby respond that the deliberation is currently scheduled to take place on April 9, 2024. This response is accompanied by the affidavit of Defendant Rafael S. Demapan, the Commonwealth Casino Commission Vice Chairman.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN
Attorney General

Date:  April 1, 2024           /s/ Carl Dela Cruz
                               Carl F. Dela Cruz (F0525)
                               Assistant Attorney General
                               Attorney for Defendants
                               Edward C. Deleon Guerrero;
                               Rafael S. Demapan;
                               Mariano Taitano;
                               Martin Mendiola; and
                               Ramon M. Dela Cruz,
                               in their official and personal capacities