Commonwealth Casino Commission
Springs Plaza, Gualo Rai
Saipan, MP 96950

## AFFIDAVIT

On March 28, 2024, the Commonwealth Casino Commission ("Commission") held its most recent regular monthly meeting.  In the meeting, the Commission members voted to schedule April 9, 2024 as the date to deliberate and make a decision on the revocation hearing involving the exclusive gaming license held by Imperial Pacific International (CNMI) LLC ("Plaintiff") (the subject revocation hearing had commenced on February 28, 2024 and ended on March 1, 2024).

The agenda for the March 28, 2024 meeting indicated an "April 2, 2024" date for "Deliberation and Decision" on the "Casino License Revocation Hearing." ECF No. 24-3. The April date was on the agenda as a proposed date for the deliberation and decision.  The Commission did not notify Plaintiff that April 2, 2024 was the date for the deliberation because it was an agenda item to be voted upon.  Notably, when the issue was voted upon during the March 28 meeting, the Commission decided to schedule the deliberation for April 9, 2024 instead of the proposed April 2, 2024 date in view of the uncertainty related to Plaintiff's second motion for a temporary restraining order (ECF No. 23) pending before the Court.

I, Rafael S. Demapan, Vice Chairman, Commonwealth Casino Commission, declare under penalty of perjury that the forgoing is true and correct.

Executed on this 1st day of April, 2024.

Rafael S. Demapan
Vice Chairman
Commonwealth Casino Commission