Brendan Layde (F0530)
Legal Counsel
Office of the Governor
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 789-5406
Email: brendan.layde@gov.mp

*Attorney for Defendant Arnold Palacios in his Official Capacity*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC, | **CIVIL CASE NO. 1:24-cv-00001** |
| Plaintiff, | |
| v. | |
| Commonwealth of the Northern Mariana Islands; <br> Arnold Palacios, Governor of CNMI, in his official and personal capacities; <br> Edward Deleon Guerrero, Chairman of CCC, in his official and personal capacities; <br> Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; <br> Mariano Taitano, Commissioner of CCC, in his official and personal capacities; <br> Martin Mendiola, Commissioner of CCC, in his official and personal capacities; <br> Ramon M. Dela Cruz, Commissioner of CCC, in his official and personal capacities; <br> Andrew Yeom, Executive Director of CCC, in his official and personal capacities, | **MOTION TO DISMISS AS TO DEFENDANT ARNOLD PALACIOS IN HIS OFFICIAL CAPACITY PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** <br><br> Hearing date: <br><br> Hearing time: <br><br> Judge: Hon. David O. Carter : |
| Defendants. | |

Defendant Arnold Palacios, Governor of CNMI, in his official capacity, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the above-captioned action to be dismissed with prejudice as against him.

Pursuant to Appendix A of this Court's Local Rules, service of this motion is accomplished on all parties and counsel by the *Notice of Electronic Filing*.

Dated: April 25, 2024

Respectfully submitted,

OFFICE OF THE GOVERNOR

/s/
Brendan Layde
Legal Counsel
Attorney for Defendant Arnold Palacios in his Official Capacity