<s>
<s>Case 1:24-cv-00001   Document 42   Filed 04/25/24   Page 1 of 2</s>
</s>

OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN
Attorney General
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950
Telephone: 670-237-7500
Email: carl_delacruz@cnmioag.org
Attorneys for Defendants
*Commonwealth Casino Commission, Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Ramon M. Dela Cruz, in their official and personal capacities*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,<br><br>          Plaintiff,<br><br>   vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>          Defendants. | CIVIL CASE NO. 24-00001<br><br>**DEFENDANTS COMMONWEALTH CASINO COMMISSION, EDWARD C. DELEON GUERRERO, RAFAEL S. DEMPAN, MARIANO TAITANO, MARTIN MENDIOLA, AND RAMON M. DELA CRUZ's MOTION TO DISMISS PURSUAN TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

      Defendants Commonwealth Casino Commission, Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Ramon M. Dela Cruz, in their official and personal capacities, respectfully move the court to dismiss this above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to Local Rule 7.1(b), this motion is accompanied by a legal memorandum in support of the motion.

      Respectfully submitted,

<s> 1 </s>

|  |  |
|---|---|
|  | OFFICE OF THE ATTORNEY GENERAL<br>EDWARD MANIBUSAN<br>Attorney General |
| Date: <u>April 25, 2024</u> | <u>/s/ Carl Dela Cruz</u><br>Carl F. Dela Cruz (F0525)<br>Assistant Attorney General<br>Attorney for Defendants<br>Commonwealth Casino Commission;<br>Edward C. Deleon Guerrero;<br>Rafael S. Demapan;<br>Mariano Taitano;<br>Martin Mendiola; and<br>Ramon M. Dela Cruz |