Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950
Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
*Attorneys for Plaintiff IPI (CNMI) LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; COMMONWEALTH CASINO COMMISSION; ARNOLD PALACIOS,** Governor of CNMI, in his official capacity; **EDWARD C. DELEON GUERRERO,** Chairman of CCC, in his official and personal capacities; **RAFAEL S. DEMAPAN,** Vice Chairman of CCC, in his official and personal capacities; **MARIANO TAITANO,** Commissioner of CCC, in his official and personal capacities; **MARTIN MENDIOLA,** Commissioner of CCC, in his official and personal capacities; **RAMON M. DELA CRUZ,** Commissioner of CCC, in his official and personal capacities; and **ANDREW YEOM,** Executive Director of CCC, in his official and personal capacities.<br><br>**Defendants.** | CIVIL CASE NO. 1:24-cv-00001<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT ANDREW YEOM IN HIS OFFICIAL AND PERSONAL CAPACITIES** |

Plaintiff Imperial Pacific International (CNMI), LLC and Defendant Andrew Yeom, Executive Director of the Commonwealth Casino Commission, in his official and personal capacities (together, the "Parties"), hereby stipulate and agree, that all of Plaintiff's claims against Defendant Andrew Yeom in his official and personal capacities in the above-captioned matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each of the

Parties to bear their own attorneys' fees and costs, subject to approval by the Court.

Respectfully submitted this 3rd day of May, 2024.

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | OFFICE OF THE ATTORNEY GENERAL |
| /s/<br>Michael Chen<br>Attorney for Plaintiff | /s/<br>Alison M. Nelson (F0540)<br>Attorney for Defendant Andrew Yeom in his official and personal capacities |

2