Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950
Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
(*Pro Hac Vice*)

*Attorneys for Plaintiff IPI (CNMI) LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC, | **CASE NO. 24-CV-00001** |
| Plaintiff, | **PLAINTIFF'S MOTION TO EXTEND TIME UNDER LOCAL RULE 7.1(f) TO RESPOND TO MOTIONS TO DISMISS** |
| vs. | |
| Commonwealth of the Northern Mariana Islands, Commonwealth Casino Commission, Arnold Palacios, governor of CNMI, in his official capacities; Edward C. Deleon Guerrero, Chairman of CCC, in his official and personal capacities; Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; Mariano Taitano, Commissioner of CCC, in his official and personal capacities; Martin Mendiola,   Commissioner of CCC, in his official and personal capacities; Ramon M. Dela Cruz,   Commissioner of CCC, in his official and personal capacities; | |
| Defendants. | |

//

**MICHAEL CHEN LAW OFFICE**
7330 EDNA AVE LAS VEGAS NV 89117
www.michaelchenlaw.com |Call: 626.249.2002x

**MICHAEL CHEN LAW OFFICE**
7330 EDNA AVE LAS VEGAS NV 89117
www.michaelchenlaw.com |Call: 626.249.2002x

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In the above-captioned case, Plaintiff Imperial Pacific International (CNMI) LLC, ("IPI") filed a First Amended Complaint (FAC) on April 8, 2024 (ECF No. 38).

On April 19, 2024, Plaintiff IPI filed a voluntary petition under Chapter 11 of Title 11 of United States Code. (24-BK-00002) with the Bankruptcy Court for the Northern Mariana Islands.

On April 25, 2024, Defendant Arnold Palacios in his Official Capacity filed a Motion to Dismiss to the FAC. (ECF No. 39).

On April 25, 2024, Defendant Commonwealth of the Northern Mariana Islands (CNMI) filed a Motion to Dismiss to the FAC. (ECF No. 40).

On April 25, 2024, Defendant Andrew Yeom filed a Motion to Dismiss to the FAC. (ECF No. 41).

On April 25, 2024, Defendants Commonwealth Casino Commission, Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Ramon M. Dela Cruz, in their official and personal capacities, filed a Motion to Dismiss to the FAC. (ECF No. 42).

On April 30, 2024, the terms of commissioners Ramon M. Dela Cruz of Tinian and Martin Mendiola of Rota expired.

On May 4, 2024, Plaintiff and Defendant Andrew Yeom stipulated to dismiss Defendant Andrew Yeom from the above captioned case with prejudice. (ECF No. 43). The stipulated motion is currently pending before the Court.

Based upon what happened since the filing of the FAC, Plaintiff believes that it would be prudent to amend the FAC.

Pursuant to Local Rule 7.1. c. 2, "[t]he opposing party must file an opposition (or statement of non-opposition) to a motion no later than fourteen (14) days after the motion is served. An opposition that is untimely filed may be disregarded by the Court and stricken from the record. Failure to timely file an opposition may be deemed an admission that the motion is meritorious."

Pursuant to Local Rule 15.1. "A party who moves to amend a pleading must attach the amendment to the motion. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference. A failure to comply with this rule is not grounds for denial of the motion but may be grounds for imposition of sanctions."

To amend the FAC, leave of the Court is necessary. There is not enough time for Plaintiff to comply with Local Rule 15.1 before the deadline to respond to the four Motions to Dismiss filed by Defendants, which are due by May 10th, 2024.

Plaintiff met and conferred with the opposing counsels, counsels for CNMI and Governor Palacios opposed the extension request. counsel for CCC and the commissioners did not respond. After the meet-and-confer process to resolve the dispute, Plaintiff was unable to resolve the matter without court action. There are no other known affected people or entities that were not notified of the motion by the filing of this Motion via the court's ECF system. There is no hearing scheduled for the Motions to Dismiss.

This is the first time Plaintiff requested an extension of time. Previously, Defendants and Plaintiff stipulated to extend the time for Defendants to respond to the Complaint till April 25, 2024, which was granted by the Court. (ECF No. 18).

Plaintiff hereby moves the court to grant two weeks extension for Plaintiff to comply with Local Rule 15.1 to file and serve the Motion for Leave to File the Second Amended Complaint (SAC) no later than May 18, 2024, Chst; and additional reasonable time to respond to the Motions to Dismiss should the proposed Motion for Leave to File the SAC were denied.

A proposed order is attached.

Dated:
May 4th, 2024
Saipan, CNMI

Respectfully submitted,

By:/s/ Stephen Nutting
Stephen Nutting

MICHAEL CHEN LAW OFFICE
7330 EDNA AVE LAS VEGAS NV 89117
www.michaelchenlaw.com |Call: 626.249.2002x

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950

Michael Chen
By: /s/ Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
*Pro Hac Vice*

Attorneys for Plaintiff
IMPERIAL PACIFIC INTERNATIONAL
(CNMI), LLC

**MICHAEL CHEN LAW OFFICE**
7330 EDNA AVE LAS VEGAS NV 89117
www.michaelchenlaw.com |Call: 626.249.2002x

MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

-4-