F I L E D
Clerk
District Court
MAY 09 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; COMMONWEALTH CASINO COMMISSION; ARNOLD PALACIOS, Governor of CNMI, in his official capacity; EDWARD C. DELEON GUERRERO, Chairman of CCC, in his official and personal capacities; RAFAEL S. DEMAPAN, Vice Chairman of CCC, in his official and personal capacities; MARIANO TAITANO, Commissioner of CCC, in his official and personal capacities; MARTIN MENDIOLA, Commissioner of CCC, in his official and personal capacities; RAMON M. DELA CRUZ, Commissioner of CCC, in his official and personal capacities; and ANDREW YEOM, Executive Director of CCC, in his official and personal capacities,<br><br>Defendants. | Case No. 1:24-cv-00001<br><br>ORDER<br><br>(1) GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS, AND<br><br>(2) DENYING REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |

Before the Court is Plaintiff Imperial Pacific International (CNMI), LLC's ("IPI"), Motion to Extend Time Under Local Rule 7.1(f) to Respond to Motions to Dismiss. ("Mot.," ECF No. 44.) In addition to seeking an extension of time to file oppositions to the several motions to dismiss (ECF Nos. 39-42), IPI "moves the court to grant two weeks extension for Plaintiff to comply with Local Rule 15.1 to file and serve the Motion for Leave to File the Second Amended Complaint (SAC) no later than May 18, 2024 . . . ." (Mot. 3.) Defendant Arnold Palacios filed an Opposition to IPI's Motion. (Opp., ECF No. 45.)

Pursuant to Local Rule 7.1, the Court GRANTS IPI's Motion for an extension of time to file oppositions to Defendants' Motions to Dismiss for GOOD CAUSE shown and DENIES IPI's request for an extension of time to file a motion for leave to file a second amended complaint.

Federal Rule of Civil Procedure 6(1)(b) dictates that "[w]hen an act may or must be

done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." "[R]equests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

The Court finds that there is no evidence of bad faith by IPI and that there would be no prejudice to adverse parties if the Court were to grant the extension. As such, the Court grants IPI's motion for extension of time to file oppositions to the motions to dismiss (ECF Nos. 39-42). IPI must file its oppositions by **May 17, 2024.**

Pursuant to Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." IPI indicates that Defendants Commonwealth of the Northern Mariana Islands and Palacios opposes the extension request, and the other Defendants did not respond to its inquiries. (Mot. 3; Opp. 1.) IPI requests two weeks to comply with Local Rule 15.1—"[a] party who moves to amend a pleading must attach the amendment to the motion"—and to file and serve a second amended complaint on Defendants. However, neither Federal Rule of Civil Procedure 15(a)(2) nor this district's Local Rules impose a deadline to file a motion for leave to file a second amended complaint. As such, the motion is denied as to this aspect. If IPI decides to file a motion for leave to amend its first amended complaint, the Court will consider the motion when it is properly before the Court.

IT IS SO ORDERED this 9th day of May 2024.

/s/
David O. Carter
DESIGNATED JUDGE

2