# EXHIBIT F





E-FILED
CNMI SUPERIOR COURT
E-filed: Oct 17 2023 12:02PM
Clerk Review: Oct 17 2023 12:02PM
Filing ID: 71110952
Case Number: 21-0173-CV
N/A

IN THE SUPERIOR COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| In re: ) | CIVIL CASE NO. 21-0173 |
| ) | |
| Commission Order No: 2021-002; Final ) | |
| Order for Enforcement 20-001 and 20- ) | |
| 003 (Consolidated), ) | |
| ) | |
| COMMONWEALTH CASINO ) | ORDER RETURNING MATTER TO |
| COMMISSION, ) | COMMONWEALTH CASINO COMMISSION |
| ) | |
| Agency, ) | |
| ) | |
| IMPERIAL PACIFIC ) | |
| INTERNATIONAL (CNMI) LLC, ) | |
| ) | |
| Respondent. ) | |
| ) | |

On August 25, 2023, the NMI Supreme Court issued a Slip Opinion and entered Judgment in Supreme Court No. 2022-SCC-0006-CIV affirming in part and reversing in part this Court's Order upholding Petitioner Commonwealth Casino Commission's ("CCC") decision suspending Respondent Imperial Pacific International (CNMI) LLC's ("IPI") casino license and imposing fines. The Judgment of the NMI Supreme Court also ordered that the matter be remanded back to CCC for further proceedings consistent with the Slip Opinion.

On September 15, 2023, the NMI Supreme Court issued a Mandate in Supreme Court No. 2022-SCC-0006-CIV instructing this Court to act upon the Judgment.

*By order of the Court, Associate Judge Wesley M. Bogdan*

Accordingly, this Court hereby **RETURNS** this matter to CCC for proceedings consistent with the NMI Supreme Court's Slip Opinion in Supreme Court No. 2022-SCC-0006-CIV.

**SO ORDERED** on this 16th day of October, 2023.

/s/
**WESLEY M. BOGDAN,** Associate Judge