# EXHIBIT L

**Subject:** Re: Third Joint Motion to Continue Revocation Hearing
**Date:** Tuesday, February 20, 2024 at 6:52:27 PM Pacific Standard Time
**From:** Keisha Blaise
**To:** MICHAEL CHEN
**CC:** Alison Nelson, Howyo Chi

Hi Michael,

The Executive Director has not received a request for an extension from the Governor. Therefore, the revocation hearing will proceed on February 28, 2024 as scheduled.

Thanks,

Keisha

On Wed, Feb 21, 2024 at 12:33 PM MICHAEL CHEN <michael@michaelchenlaw.com> wrote:

> Hi Keisha and Alison,
>
> My understanding is that the current scheduled revocation hearing is set for February 28 per our last stipulation. It seems that the Governor still needs more time to prepare a counter proposal.
>
> Would your client be agreeable to a three week continuance to postpone the revocation hearing till March 21, 2024 or later?
>
> Your prompt response is much appreciated, as we would need time to prepare for the hearing scheduled for February 28, 2024.
>
> Have a good day.
>
> Michael
>
> ---
>
> **From:** Keisha Blaise <keisha_blaise@cnmioag.org>
> **Date:** Monday, February 12, 2024 at 9:25 PM
> **To:** MICHAEL CHEN <michael@michaelchenlaw.com>
> **Cc:** Alison Nelson <alison_nelson@cnmioag.org>
> **Subject:** Third Joint Motion to Continue Revocation Hearing
>
> Hi Attorney Chen,