Edward Manibusan (F0131)
Attorney General
Alison Nelson (T0160)
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: alison_nelson@cnmioag.org

*Attorney for Defendant Andrew Yeom*
*in his official and personal capacities*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; COMMONWEALTH CASINO COMMISSION; ARNOLD PALACIOS, Governor of CNMI, in his official capacity; EDWARD C. DELEON GUERRERO, Chairman of CCC, in his official and personal capacities; RAFAEL S. DEMAPAN, Vice Chairman of CCC, in his official and personal capacities; MARIANO TAITANO, Commissioner of CCC, in his official and personal capacities; MARTIN MENDIOLA, Commissioner of CCC, in his official and personal capacities; RAMON M. DELA CRUZ, Commissioner of CCC, in his official and personal capacities; and ANDREW YEOM, Executive Director of CCC, in his official and personal capacities.<br><br>**Defendants.** | CIVIL CASE NO. 1:24-cv-00001<br><br>**DEFENDANT ANDREW YEOM'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)** |

COMES NOW, Defendant Andrew Yeom, Executive Director of the Commonwealth Casino Commission, in his official and personal capacities, by and through undersigned

counsel, and hereby submits his reply in support of his motion to dismiss Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support of its reply, Defendant Yeom notes the following:

1. On April 25, 2024, Defendant Yeom filed his motion to dismiss (ECF 41) and supporting memorandum (ECF 41-1). Plaintiff's opposition to the motion to dismiss was due May 17, 2024 (ECF 46). Plaintiff did not file an opposition by the deadline.[1] Pursuant to Local Rule 7.1(c)(2), "[f]ailure to timely file an opposition may be deemed an admission that the motion is meritorious."

2. On May 4, 2024, Plaintiff filed a Stipulation of Dismissal of Claims Against Andrew Yeom in His Official and Personal Capacities. The Stipulation remains pending before the Court. Unless and until Plaintiff's Motion Seeking Leave to File Second Amended Complaint (ECF 50) is granted, the Stipulation is not mooted. Defendant Yeom requests that the court grant the pending Stipulation before ruling on Plaintiff's leave to amend so Defendant Yeom's dismissal is with prejudice and he cannot be brought back into the case by a subsequent amendment to the complaint.[2]

Defendant Yeom therefore respectfully requests the Court to dismiss him from this action with prejudice.

---

[1] Rather, Plaintiff filed Plaintiff's Motion Seeking Leave to File Second Amended Complaint (DN 50) stating that "[i]t would be prudent to amend the Complaint and remove Mr. Andrew Yeom as one of the defendants, so Plaintiff does not have to respond to the Motion to Dismiss filed by Mr. Yeom."

[2] Plaintiff has in this very case done for another defendant what Defendant Yeom seeks to avoid — Plaintiff named Governor Palacios in both his official and personal capacities in the Complaint (DN 1); removed him in his personal capacity in the First Amended Complaint (DN 38); and now proposes to reinsert him in his personal capacity in the proposed Second Amended Complaint (DN 50-1). Granting either Defendant Yeom's motion to dismiss or the pending Stipulation with prejudice would avoid a similar result.

Dated: May 23, 2024

OFFICE OF THE ATTORNEY GENERAL

/s/
Alison M. Nelson (F0540)
Assistant Attorney General

*Attorney for Defendant Andrew Yeom in his official and personal capacities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing DEFENDANT ANDREW YEOM'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6) was electronically filed on May 23, 2024, with service requested to all parties of record.

/s/
Alison M. Nelson (F0540)
Assistant Attorney General

*Attorney for Defendant Andrew Yeom in his official and personal capacities*