# EXHIBIT K




**COMMONWEALTH CASINO COMMISSION**
**Commonwealth of the Northern Mariana Islands**
P.O. Box 500237
Saipan, MP 96950
Tel: 1 (670) 233-1857/58
Fax: 1 (670) 233-1856
Email: info@cnmicasinocommission.com

Edward Manibusan
Attorney General
Keisha Blaise (T0151)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Capitol Hill
Caller Box 10007 Saipan, MP 96950
Tel: (670) 237-7500 Fax: (670) 664-2349

**BEFORE THE COMMONWEALTH CASINO COMMISSION**

| | |
|---|---|
| ANDREW YEOM, in his official capacity as Executive Director of the Commonwealth Casino Commission,<br><br>Petitioner,<br><br>v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC<br><br>Respondent. | **Enforcement Actions 2021-002 and 2021-003**<br><br>**(consolidated)**<br><br><br>**THIRD JOINT MOTION TO CONTINUE ENFORCEMENT HEARING FOR COMPLAINT 2021-002 AND COMPLAINT 2021-003** |

**COME NOW** Petitioner Andrew Yeom in his official capacity as Executive Director of the Commonwealth Casino Commission ("Petitioner") and Respondent Imperial Pacific International (CNMI) LLC ("Respondent") by and through their undersigned counsels, and move the Commonwealth Casino Commission ("Commission") to continue the scheduled enforcement hearing for Complaint 2021-002 and Complaint 2021-003. In support of this motion, the parties state as follows:

1. During the Commission meeting on December 28, 2023, Petitioner requested and the Commission approved scheduling for an enforcement hearing for Complaint No. 2021-

002 (relating to failure to comply with CCC Order 2020-003 to maintain cash reserves and other obligations) and Complaint No. 2021-003 (relating to failure to pay the Casino Regulatory Fee of $3,150,000 for 2020). The enforcement hearing on both Complaints was scheduled for January 31, 2024.

2. On or about January 24, 2024, the parties filed a Joint Motion to Continue the enforcement hearing to February 12, 2024.

3. On or about January 30, 2024, the Commission granted the Joint Motion to Continue and set the enforcement hearing to February 12, 2024.

4. On February 2, 2024, the parties filed a Second Joint Motion to Continue the enforcement hearings to February 20, 2024.

5. The parties are engaging in settlement negotiations and require additional time to discuss the terms.

6. Petitioner and Respondent stipulate to continue proceedings on Complaint No. 2021-002 and 2021-003 from February 20, 2024 to February 28, 2024.

The parties hereby request that the Commission continue the scheduled enforcement hearing for Complaint 2021-002 and 2021-003 on February 28, 2024.

Dated: February 13, 2024

          Respectfully submitted,

          /s/ *Keisha Blaise*
          Keisha Blaise (T0151)
          Attorney for Petitioner

          /s/
          Michael Chen
          Michael Chen Law Offices
          7330 Edna Ave.
          Las Vegas, NV 89117
          Attorney for Respondent