F I L E D
Clerk
District Court
AUG 05 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Commonwealth of the Northern Mariana Islands, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-00001 <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS ARNOLD PALACIOS AND CNMI TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

Before the Court is Defendants Commonwealth of the Northern Mariana Islands ("CNMI") and Arnold Palacios's Stipulation to extend time to file a responsive pleading to Plaintiffs Imperial Pacific International (CNMI) LLC and Best Sunshine International Ltd.'s (BVI) Second Amended Complaint (ECF No. 56). ("Stip.," ECF No. 57.)

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and FOR GOOD CAUSE SHOWN, the Court hereby GRANTS the relief requested in the parties' stipulation. Defendants CNMI and Arnold Palacios, in his official and personal capacities, shall have until **August 13, 2024**, to file their response to the Second Amended Complaint.

IT IS SO ORDERED this 5th day of August 2024.

*/s/ David O. Carter*
_____
DAVID O. CARTER
Designated Judge