Brendan Layde (F0530)
Legal Counsel
Office of the Governor
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 789-5406
Email: brendan.layde@gov.mp

*Attorney for Defendant Arnold Palacios in his Official Capacity*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC;<br>Best Sunshine International Ltd (BVI),<br><br>Plaintiffs,<br><br>v.<br><br>Commonwealth of the Northern Mariana Islands;<br>Commonwealth Casino Commission;<br>Arnold Palacios, Governor of CNMI, in his official and personal capacities;<br>Edward Deleon Guerrero, Chairman of CCC, in his official and personal capacities;<br>Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities;<br>Mariano Taitano, Commissioner of CCC, in his official and personal capacities;<br>Does 1–10, Inclusive,<br><br>Defendants. | **CIVIL CASE NO. 1:24-cv-00001**<br><br>**MOTION TO DISMISS SECOND AMENDED COMPLAINT AS TO DEFENDANT ARNOLD PALACIOS IN HIS OFFICIAL CAPACITY PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hearing date:<br><br>Hearing time:<br><br>Judge: Hon. David O. Carter<br>: |

Defendant Arnold Palacios, Governor of CNMI, in his official capacity, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the above-captioned action to be dismissed with prejudice as against him.

Pursuant to Appendix A of this Court's Local Rules, service of this motion is accomplished on all parties and counsel by the *Notice of Electronic Filing*.

Dated: August 13, 2024

Respectfully submitted,

OFFICE OF THE GOVERNOR

_____/s/_____
Brendan Layde
Legal Counsel
Attorney for Defendant Arnold Palacios in his Official Capacity