# EXHIBIT B

(CCCRF) Fund. Revenue Sources and Expenitures are shown in Table 1 and Table 2, respectively.

| TABLE 1: REVENUE SOURCES | FISCAL YEAR 2018 | FISCAL YEAR 2019 |
|---|---|---|
| CCCRF Fund | $3,000,000 | $3,000,000 |
| Other Regulatory Fees | $151,242 | $100,328 |
| TOTAL | $3,151,242 | $3,100,328 |

| TABLE 2: EXPENDITURES | FISCAL YEAR 2018 | FISCAL YEAR 2019 |
|---|---|---|
| Salaries & Benefits | $2,009,754 | $1,926,720 |
| Board Compensation | $313,774 | $324,996 |
| Operational Expenses | $315,799 | $193,471 |
| Office Rental | $85,956 | $109,000 |
| Travel | $221,898 | $123,157 |
| TOTAL | $2,947,181 | $2,677,344 |



Revenue Sources FY 2019
- Casino Regulatory Fee
- Other Regulatory Fees



Expenditures FY 2019
- Salaries & Benefits
- Board Compensation
- Operational Expenses
- Rents
- Travel

CNMI Public Law 19-24 created the Commonwealth Casino Commission Regulatory Fee ("CCCRF") Fund, codified in 4 CMC § 2309, which established a flat annual license fee of Three Million Dollars ($3,000,000) with a five percent increase every five years for the next twenty years beginning October 1, 2015. The CCCRF Fund is the annual license fee for Casino Employees, Key Employees, Gaming Tables, and Electronic Gaming Machines (slot machines). P.L. 19-24 allows the assessment of a flat fee of 3 million dollars rather than assessing individual license fees for employees, tables, and machines.

As shown on the Expenditures chart, the Commission's greatest expenses are primarily for employee salaries and benefits and board compensation. The Commission also continues to invest in its people through professional trainings and development relevant to the casino gaming industry. The trainings help the Commission enhance personnel knowledge of new standards, industry best practices and evolving technologies in casino gaming that includes the latest software, hardware, equipment, games, and other facets of the industry such as activities that involve criminal elements.





Commonwealth Casino Commission Division Employees of the Year.

## FINANCES (Public Law 20-67)

For FY-2020, the Commission's budget is $3,106,501 derived from the CNMI General Fund ($1) and from the Commonwealth Casino Commission Regulatory Fee (CCCRF) Fund. Revenue Sources and Expenditures are shown in Table 1 and Table 2, respectively.

| TABLE 1: REVENUE SOURCES | FY-2019 | FY-2020 |
|---|---|---|
| CCCRF Fund | $3,000,000 | $3,000,000 |
| Other Regulatory Fees | $100,328 | $106,500 |
| Local General Fund | $1 | $1 |
| TOTAL | $3,100,329 | $3,106,501 |

| TABLE 2: EXPENDITURES | FY-2019 | FY-2020 |
|---|---|---|
| Salaries & Benefits | $1,926,720 | $1,904,767 |
| Board Compensation | $324,996 | $316,871 |
| Operational Expenses | $193,471 | $93,149 |
| Office Rental | $109,000 | $120,000 |
| Travel | $123,157 | $13,830 |
| TOTAL | $2,677,344 | $2,448,617 |





CNMI Public Law 19-24 created the Commonwealth Casino Commission Regulatory Fee (CCCRF) Fund, codified in 4 CMC § 2309, which established a flat annual license fee of Three Million Dollars ($3,000,000) with a five percent increase every five years for the next twenty years beginning October 1, 2015. The CCCRF Fund is the annual license fee for Casino Employees, Key Employees, Gaming Tables, and Electronic Gaming Machines (slot machines). P.L. 19-24 allows the assessment of a flat fee of 3 million dollars rather than assessing individual license fees for employees, tables, and machines.

As shown on the Expenditures Chart, the Commission's greatest expenses are primarily for employee salaries and benefits and board compensation. The Commission also continues to invest in its people through professional trainings and development relevant to the casino gaming industry. The trainings help the Commission enhance knowledge of new standards, industry best practices and evolving technologies in casino gaming that includes the latest software, hardware, equipment, games, and other facets of the industry such as detecting and stopping activities that involve criminal elements.



2020 Commonwealth Casino Commission Acting Executi... vision managers.

REGULATIONS, AND CASINO LICENSE AGREEMENT. TO PROVIDE REGULATORY OVERSIGHT OVER SAIPAN'S CASINO GAMING INDUSTRY.

FINANCES ........ 3
Challenges ........ 4

## FINANCES

For FY-2021, the Commission's revenue was limited to only $20,215 due to the Casino Licensee's failure to pay the annual Casino Regulatory Fee of $3.15M which was due on October 1, 2020.

The Commission's expenses are primarily for employee salaries and benefits and board compensation.

**TABLE 1: REVENUE SOURCES**

|  | FY-2020 | FY-2021 |
|---|---|---|
| CCCRF Fund | $3,000,000 | $0 |
| Other Regulatory Fees | $106,500 | $20,214 |
| Local General Fund | $1 | $1 |
| **TOTAL** | **$3,106,501** | **$20,215** |

**TABLE 2: EXPENDITURES**

|  | FY-2020 | FY-2021 |
|---|---|---|
| Salaries & Benefits | $1,904,767 | $1,424,606 |
| Board Compensation | $316,871 | $322,234 |
| Operational Expenses | $93,149 | $70,287 |
| Office Rental | $120,000 | $120,000 |
| Travel | $13,830 | $18,156 |
| **TOTAL** | **$2,448,617** | **$1,955,283** |



Revenue Source FY-2021
- Other Regulatory Fee
- Local General Fund
100%



Expenditures FY-2021
- Salaries & Benefits
- Board Compensation
- Operational Expenses
- Office Rental
- Travel



2021 Commission Members. (Left to Right) Secretary Ramon M. Dela Cruz, Treasurer Mariano Taitano, Chairman Edward DeLeon Guerrero, Vice Chairman Rafael Demapan, Public Affairs Diego M. Songao

### REGULATION AMENDMENTS

- Commonwealth Register Volume 42 Number 12 "Various Changes"
- Commonwealth Register Volume 43 Number 08 Part 175-10.1.2655 "Sunset Provision"



compensation..

| TABLE 1: REVENUE SOURCES | FY-2021 | FY-2022 |
|---|---|---|
| CCCRF Fund | $0 | $0 |
| Other Regulatory Fees | $20,214 | $15,000 |
| Local General Fund | $1 | $1 |
| TOTAL | $20,215 | $15,001 |

| TABLE 2: EXPENDITURES | FY-2021 | FY-2022 |
|---|---|---|
| Salaries & Benefits | $1,424,606 | $561,795 |
| Board Compensation | $322,234 | $272,461 |
| Operational Expenses | $70,287 | $53,240 |
| Office Rental | $120,000 | $120,000 |
| Travel | $18,156 | $9,117 |
| TOTAL | $1,955,283 | $1,016,613 |







Commonwealth Casino Commission Staff 2022



2022 Commission Members. (Left to Right) Public Affairs Martin T. Mendiola, Treasurer Mariano Taitano, Chairman Edward C. DeLeon Guerrero, Vice Chairman Rafael S. Demapan, Secretary Ramon M. Dela Cruz

FSR Total.xlsx

## COMMONWEALTH CASINO COMMISSION
## FUND STATUS REPORT
## FY2016 - FY2022

| | Expense Account | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| A | Personnel Cost | $ 1,374,689 | $ 1,888,647 | $ 2,009,754 | $ 2,001,600 | $ 1,904,767 | $ 1,424,606 | $ 561,795 |
| B | All Others | | | | | | | |
| 1 | Public Auditor 1% Fee | $ - | $ - | $ - | $ 33,950 | $ - | $ - | $ - |
| 2 | Professional Services | $ 400 | $ 3,900 | $ - | $ - | $ - | $ - | $ - |
| 3 | Advertising | $ 1,442 | $ 2,900 | $ 3,805 | $ 1,790 | $ 1,625 | $ 1,750 | $ 1,255 |
| 4 | Board and Other Compensation | $ 284,556 | $ 325,000 | $ 313,773 | $ 324,996 | $ 316,871 | $ 322,234 | $ 272,461 |
| 5 | Communication | $ 10,340 | $ 19,016 | $ 17,916 | $ 29,264 | $ 21,280 | $ 18,298 | $ 10,941 |
| 6 | Dues & Subscription | $ 1,168 | $ 2,505 | $ 1,852 | $ 2,845 | $ 405 | $ 584 | $ 491 |
| 7 | Insurance | $ 860 | $ 1,582 | $ 1,419 | $ 8,374 | $ 8,158 | $ 1,391 | $ 1,352 |
| 8 | Licenses & Fees | $ - | $ - | $ - | $ 10,548 | $ - | $ - | $ - |
| 9 | Printing and Photocopying | $ 5,209 | $ 7,873 | $ 6,800 | $ 6,080 | $ 2,303 | $ 1,865 | $ 2,261 |
| 10 | Rental - Office | $ 67,200 | $ 39,200 | $ 38,400 | $ 108,000 | $ 120,000 | $ 120,000 | $ 120,000 |
| 11 | Rental - Office Equipment | $ - | $ - | $ 6,156 | $ - | $ - | $ - | $ - |
| 12 | Rental - Others | $ - | $ - | $ 3,000 | $ 1,000 | $ - | $ - | $ - |
| 13 | Travel | $ 208,363 | $ 361,522 | $ 303,589 | $ 149,059 | $ 13,832 | $ 18,156 | $ 9,117 |
| 14 | Repairs and Maintenance | $ 13,301 | $ 3,295 | $ 1,307 | $ 5,166 | $ 4,328 | $ 4,887 | $ 4,375 |
| 15 | All Others (Budget Only) | $ 2,000 | $ 1,500 | $ - | $ - | $ - | $ - | $ - |
| 16 | Personnel Training Cost | $ 150,100 | $ 260 | $ 11,661 | $ 524 | $ 2,890 | $ - | $ - |
| 17 | Utilities - Power | $ 7,343 | $ 13,539 | $ 21,600 | $ 20,767 | $ 21,327 | $ 21,142 | $ 22,661 |
| 18 | Books & Library Materials | $ - | $ 350 | $ - | $ - | $ - | $ - | $ - |
| 19 | Food Items | $ 5,175 | $ 3,100 | $ 4,151 | $ 2,773 | $ 1,624 | $ 2,598 | $ 820 |
| 20 | Fuel and Lubrication | $ 726 | $ 2,842 | $ 2,394 | $ 5,963 | $ 1,595 | $ 1,569 | $ 1,047 |
| 21 | Office Supplies | $ 10,516 | $ 12,000 | $ 7,184 | $ 3,789 | $ 1,587 | $ 606 | $ 359 |
| 22 | Operation Supplies | $ 26,951 | $ 29,281 | $ 16,715 | $ 17,646 | $ 14,632 | $ 4,131 | $ 706 |
| 23 | Equipment under $5,000 | $ 12,844 | $ 3,777 | $ 5,659 | $ 10,414 | $ - | $ - | $ - |
| 24 | Machinery, Tools & Equipment | $ 10,727 | $ 706 | $ 596 | $ - | $ - | $ - | $ - |
| 25 | Computer Systems & Equipment | $ 125,806 | $ 62,435 | $ 112,663 | $ 4,855 | $ 6,157 | $ 4,482 | $ - |
| 26 | Office Equipment | $ 57,682 | $ - | $ 1,184 | $ 806 | $ 5,238 | $ 6,984 | $ 6,984 |
| 27 | Office Furniture & Fixtures | $ 73,815 | $ 15,069 | $ 19,831 | $ 2,400 | $ - | $ - | $ - |
| 28 | Vehicle - Public Serv & Admin | $ 32,105 | $ - | | $ - | $ - | $ - | $ - |
| | TOTAL | $ 2,483,319 | $ 2,800,298 | $ 2,911,409 | $ 2,752,609 | $ 2,448,619 | $ 1,955,283 | $ 1,016,625 |