# EXHIBIT J




**COMMONWEALTH CASINO COMMISSION**
Commonwealth of the Northern Mariana Islands
P.O. Box 500237
Saipan, MP 96950
Tel: 1 (670) 233-1857/58
Fax: 1 (670) 233-1856
Email: info@cnmicasinocommission.com

Edward Manibusan
Attorney General
Keisha Blaise (T0151)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Capitol Hill
Caller Box 10007 Saipan, MP 96950
Tel: (670) 237-7500 Fax: (670) 664-2349

**BEFORE THE COMMONWEALTH CASINO COMMISSION**

| | |
|---|---|
| ANDREW YEOM, in his official capacity as Executive Director of the Commonwealth Casino Commission,<br><br>Petitioner,<br><br>v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC<br><br>Respondent. | **PETITIONER'S MOTION TO RE-SET REVOCATION HEARING** |

COMES NOW Petitioner, by and through undersigned counsel, respectfully requests that the Commonwealth Casino Commission (the "Commission") issue an Order setting a Revocation Hearing for Complaint No. 2021-002 and Complaint No. 2021-003.

Dated: December 13, 2023

Respectfully submitted,

/s/ *Keisha Blaise*
Keisha Blaise (T0151)
Attorney for Petitioner