IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC,<br><br>Plaintiff,<br><br>v.<br><br>Commonwealth of the Northern Mariana Islands, *et al.*,<br><br>Defendants. | Case No. 24-cv-00001<br><br>**ORDER ON STIPULATION TO AMEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO AMEND**<br><br>Hearing date: n/a<br>Hearing time: n/a<br>Judge: Hon. David O. Carter |

FILED
Clerk
District Court
SEP 03 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

On August 31, 2024 (ChST), Defendant Governor Arnold Palacios, in both his official and personal capacities, and Defendant the Commonwealth of the Northern Maria Islands (together, "Defendants") along with Plaintiff Imperial Pacific International (CNMI) LLC (together with Defendants, the "Parties"), by and through their counsel of record, filed a stipulation in this case. (ECF No. 66 (the "Stipulation")). Defendants had filed their Motions to Dismiss Plaintiff's Second Amended Complaint on August 13, 2024. (ECF Nos. 59, 60, 61 (together, the "MTD's")). On August 27, 2024, Plaintiff filed its opposition to the MTD's (ECF Nos. 63, 64), which would make Defendants' reply briefs due on September 3, 2024. The same day, Plaintiff also filed a motion seeking leave to file a Third Amended Complaint (ECF No. 65), which would make Defendants' opposition briefs due on September 10, 2024 and Plaintiff's reply brief due on September 17, 2024.

In the Stipulation, the Parties request that the Court extend Defendants' deadline to file their replies to the MTD's to September 10, 2024—the same date that their oppositions to Plaintiff's motion for leave to amend is due—because this would permit them to coordinate the filings of their reply brief

and opposition brief, and perhaps file a single brief addressing both issues. In addition, if both briefs are filed together, the Parties request that Defendants be permitted to file a brief that is up to 25 pages. Finally, the Parties request that the deadline for Plaintiff's reply brief on its motion for leave to amend remain as September 17, 2024.

Accordingly, GOOD CAUSE BEING SHOWN, the Court hereby GRANTS the relief requested in the Parties' stipulation. Defendants shall file their reply briefs to the MTD's and their opposition to Plaintiff's motion for leave to amend on or before September 10, 2014. If Defendants file a single brief addressing both issues, the brief may be up to 25 pages. Plaintiff's reply brief on its motion for leave to amend shall be filed on or before September 17, 2024.

IT IS SO ORDERED on this 3rd day of September, 2024.

_____/s/_____
DAVID O. CARTER
Designated Judge