# EXHIBIT C



John Brendan Layde <brendan.layde@gov.mp>

# Invitation: KEISHA/ALISON-Video Conference Re IPI Settlement discussions @ Thu Feb 8, 2024 12pm - 1pm (GMT+10) (brendan.layde@gov.mp)

1 message

**Nory Pamintuan** <nory_pamintuan@cnmioag.org>                                      Thu, Feb 8, 2024 at 8:32 AM
Reply-To: Nory Pamintuan <nory_pamintuan@cnmioag.org>
To: brendan.layde@gov.mp, arnold.palacios@gov.mp, Keisha Blaise <keisha_blaise@cnmioag.org>, michael@michaelchenlaw.com, Alison Nelson <alison_nelson@cnmioag.org>, tina.sablan@gov.mp

**Join with Google Meet**

**Meeting link**
meet.google.com/fip-topw-bko

**Join by phone**
(AU) +61 2 9051 6574
PIN: 602813041

More phone numbers

Video Conference Re IPI Settlement discussions

**When**
Thursday Feb 8, 2024 · 12pm – 1pm (Chamorro Standard Time)

**Guests**
arnold.palacios@gov.mp
Keisha Blaise
brendan.layde@gov.mp
michael@michaelchenlaw.com
Alison Nelson
tina.sablan@gov.mp

View all guest info

**Reply** for brendan.layde@gov.mp

Yes    No    Maybe    More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

---

**invite.ics**
3K