J. Robert Glass, Jr.
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: robby_glass@cnmioag.org

*Attorney for Commonwealth of the Northern Mariana Islands*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>Commonwealth of the Northern Mariana Islands, *et al.*,<br><br>                    Defendants. | **CIVIL CASE No. 1:24-cv-00001**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Defendant Governor Arnold Palacios ("Governor Palacios"), in both his official and personal capacities, Defendant the Commonwealth of the Northern Mariana Islands, Defendant the Commonwealth Casino Commission ("CCC"), Defendant Edward C. Deleon Guerrero, in his official and personal capacities, Defendant Rafael S. Demapan, in his official and personal capacities, Defendant Mariano Taitano, in his official and personal capacities, Defendant Martin Mendiola, in his personal capacity, and Defendant Ramon M. Dela Cruz, in his personal capacity (together, the "Defendants"), and Plaintiffs Imperial Pacific International (CNMI) LLC and Best Sunshine International Ltd (BVI) (together with Defendants, the "Parties"), by and through their counsel of record, hereby stipulate and agree for Case No. 24-cv-00001 to be dismissed with

prejudice as to all claims and all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 7.2 of this Court. Each party will bear its own costs.

Dated: July 16, 2025

Respectfully submitted,

/s/
Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
*Pro Hac Vice*
*Attorney for Plaintiffs Imperial Pacific International (CNMI), LLC, and Best Sunshine International Ltd*

/s/
Stephen Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950
*Attorney for Plaintiffs Imperial Pacific International (CNMI), LLC, and Best Sunshine International Ltd*

/s/
Aaron Halegua
524 Broadway, 11th Floor
New York, New York 10012
Tel: (646) 854-9061
Email: ah@aaronhalegua.com
*Attorney for Defendant Arnold Palacios, in his personal capacity*

/s/
Bruce Berline, Esq.
LAW OFFICE OF BRUCE BERLINE LLC
Security Title Building, Second Floor
Isa Drive, Capitol Hill
P. O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Tel: (670) 233-3663
Email: bberline@gmail.com
Attorney for Defendant Arnold Palacios,
in his personal capacity

/s/
Brendan Layde
Legal Counsel
Office of the Governor
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
TEL: (670) 789-5406
Email: brendan.layde@gov.mp
*Attorney for Defendant Arnold Palacios,*
*in his official capacity*


/s/
J. Robert Glass, Jr.
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
*Attorney for Defendant Commonwealth of the Northern Mariana Islands*


/s/
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: carl_delacruz@cnmioag.org
*Attorney for Defendant Commonwealth Casino Commission, and Defendants Edward C. Deleon Guerrero, Rafael S. Demapan, and Mariano Taitano, in their official and personal capacities*