FILED
Clerk
District Court

JUL 18 2025

for the Northern Mariana Islands
By ___AM___
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC and BEST SUNSHINE INTERNATIONAL LTD (BVI),<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; COMMONWEALTH CASINO COMMISSION, ARNOLD PALACIOS, Governor of CNMI, in his official and personal capacities; EDWARD C. DELEON GUERRERO, Chairman of CCC, in his official and personal capacities; RAFAEL S. DEMAPAN, Vice Chairman of CCC, in his official and personal capacities; MARIANO TAITANO, Commissioner of CCC, in his official and personal capacities; MARTIN MENDIOLA, Commissioner of CCC, in his personal capacity; RAMON M. DELA CRUZ, Commissioner of CCC, in his personal capacity; and ANDREW YEOM, Executive Director of CCC, in his official and personal capacities.<br><br>Defendants. | Case No. 1:24-cv-00001<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE AND DIRECTING CLERK TO CLOSE THE CASE |

On July 16, 2025, the parties filed a Stipulation to Dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 7.2. (ECF No. 75.)

Rule 41(a)(1)(A)(ii) states "the plaintiff may dismiss an action without a court order by filing: a stipulation of dismissal signed by all parties who have appeared." All parties that have appeared signed the Stipulation to Dismiss. (Stip. Dismiss 2-3.)

Therefore, the stipulation is GRANTED, and the case is DISMISSED WITH

/
/ /

1

PREJUDICE. Each party will bear its own costs. All pending motions are hereby moot, and the clerk is directed to close the case.

IT IS SO ORDERED this 18th day of July 2025.

_David O. Carter_
DAVID O. CARTER
District Judge